IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-mj-90089-GEB |
| VS. | |
| EMILY M. SMITH<br>FORT RILEY, KS | |

## INFORMATION

The United States Attorney charges that:

On or about June 13, 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, EMILY M. SMITH, did knowingly and intentionally interfere with law enforcement by falsely reporting information to a law enforcement officer, knowing that such information was false and intending to influence, impede, or obstruct such officer's duty, in violation of Title 18 United States Code § 13 and K.S.A. 21-5904(a)(1)(C). **(Interference with Law Enforcement) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

GRACI E. BOZARTH
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed    Aug 14, 2018

HON KENNETH G. GALE
U.S. Magistrate Judge