**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                                                          Case No.: B:18−mj−90089−GEB

                                                                                   Magistrate Judge Gwynne E. Birzer

Emily M. Smith

                Defendant.

## NOTICE OF HEARING

**THIS IS AN OFFICIAL NOTICE** that a United States Magistrate Judge for the District of Kansas has ordered a hearing regarding the violation named below. You are hereby ordered to appear before the United States Magistrate Judge.

**NOTICE OF HEARING:** as to Defendant Emily M. Smith. **Violation: Interference with Law Enforcement.** Initial Appearance set for 10/18/2018 at 09:00 AM in Fort Riley Courtroom before Magistrate Judge Kenneth G. Gale. (lc)

**For initial appearances: Check in at Room 127 (downstairs) at 8:00 am.**
For all other hearings: Report directly to the courtroom 15−30 minutes before your scheduled appearance.

Location: United States District Court, Clausen Hall, 216 Custer Avenue, Fort Riley, KS 66442.

Failure to appear before the United States Magistrate Judge at the time and date indicated **may result in the issuance of a Federal Warrant for your arrest.**

Appropriate and proper attire is expected for court proceedings (i.e. no shorts, halter tops, shirts with offensive or profane language, etc.). Attendees are expected to demonstrate good judgment. If necessary, you will be required to leave and return in proper attire.

Please call 785−239−3918 if you have any questions.

Date of Notice: August 15, 2018

                                                                                           TIMOTHY M. O'BRIEN, CLERK

                                                                                           s/ Lisa Catlin, Deputy Clerk

**ALL INDIVIDUALS WITHOUT A DOD ID CARD MUST REPORT TO THE VISITORS CENTER, LOCATED AT BUILDING 885, ADJACENT TO THE MARSHAL ARMY AIRFIELD, TO ACCESS FORT RILEY. PLEASE ADVISE THE VISITORS CENTER THAT YOU ARE APPEARING FOR COURT. PLEASE ALLOW EXTRA TIME IF YOU WILL NEED A VISITORS PASS.**

**PLEASE CALL 785−239−3918 IN ADVANCE IF YOU ANTICIPATE HAVING A PROBLEM GAINING ENTRANCE TO FORT RILEY FOR COURT.**